IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-cr-320-D

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ONE-COUNT CRIMINAL INFORMATION | ) | **ORDER SEALING** |
| | ) | **CRIMINAL INFORMATION** |
| DATED NOVEMBER 4, 2008 | ) | **AND CLERK'S MEMO** |

Upon motion of the United States, and for good cause shown, it is hereby ORDERED that the above-referenced Criminal Information be sealed.

It is further ORDERED that the Clerk may temporarily unseal the Criminal Information for the purpose of providing copies of the Criminal Information to the United States Attorney's Office.

It is further ORDERED that the Clerk unseal and publish the above-referenced Indictment upon the earliest of: (1) the arrest of all of the co-conspirators involved in the case; and (2) upon motion of the United States Attorney to unseal.

SO ORDERED.

This the 7 day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE

-1-