IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. _5:08cr-320-D_

| | | |
|---|---|---|
| IN RE: | ) | **AMENDED ORDER SEALING** |
| | ) | **CRIMINAL INFORMATION** |
| ONE-COUNT CRIMINAL INFORMATION | ) | **AND RELATED CLERK'S** |
| DATED NOVEMBER 4, 2008 | ) | **MEMORANDUM** |

Upon motion of the United States, and for good cause shown, it is hereby ORDERED that the above-referenced Criminal Information and related Clerk's Memorandum be sealed.

It is further ORDERED that the Clerk may temporarily unseal the Criminal Information and related Clerk's Memorandum for the purpose of providing copies of the Criminal Information and Clerk's Memorandum to the United States Attorney's Office.

It is further ORDERED that the Clerk unseal and publish the above-referenced Information and Clerk's Memorandum upon the earliest of: (1) the arrest of all of the co-conspirators involved in the case; and (2) upon motion of the United States Attorney to unseal.

SO ORDERED.

This the _7_ day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE

-1-