UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CR-320

IN RE: )
ONE-COUNT CRIMINAL INFORMATION ) <u>ORDER</u>
DATED NOVEMBER 4, 2008 )

The undersigned hereby RECUSES himself from further participation in this case. The clerk is DIRECTED to reassign the case to another judge.

This ___7___ November 2008.

_____
W. EARL BRITT
Senior United States District Judge

/tec